UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  JASON E BAILEY                                                                                       Case No:   4:17-bk-14881 J

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor's plan and application for fees is inconsistent regarding the percentage to be paid.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  10/6/2017                                                                                    /s/  Jack W Gooding
                                                                                                          _____
                                                                                                          CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 10/6/2017, with sufficient postage to assure delivery to the following:

Jason E Bailey
104 Peach St
Beebe, Ar  72012

Niblock & Associates - Electronically by ECF

                                                                                                          /s/  Jack W Gooding
                                                                                                          _____
                                                                                                          CHAPTER 13 TRUSTEE

JCH